UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REHABCARE GROUP EAST, INC.,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-1451-T26TGW

SARASOTA ELDER CARE, INC.,

    Defendant.
_____/

**O R D E R**

    Before the Court is Plaintiff's Motion for Summary Judgment with various attachments. (Dkt. 25). Although this Court ordered a response on or before November 20, 2007, Defendant's counsel's office contacted chambers this morning to communicate that it would not be filing a response to the Motion. After careful consideration of the Motion, attachments, and the entire file, the Court concludes that summary judgment should be granted in favor of Plaintiff.

    Plaintiff has established that there are no genuine issues of material fact with respect to the breach of the Therapy Services Agreement entered into between RehabCare and Sarasota Elder Care, Inc. d/b/a Sarasota Health Care Center. The submissions support a finding that Sarasota Health Care Center failed to pay for the services provided by RehabCare. The services provided are established by the submitted monthly invoices

and the failure to pay the amounts set forth therein after demand for payment was made. The agreement provides for fourteen percent (14%) interest per annum on the outstanding balance. The chief financial officer of the managing corporation of Sarasota Health Care Center, Mr. Blake, admitted at his deposition that invoices amounting to $134,598.72 remain due and owing to RehabCare because the company was suffering "cash flow" problems. As noted by Plaintiff, "cash flow" problems do not constitute an affirmative defense to this breach of contract action.

It is therefore **ORDERED AND ADJUDGED** as follows:

(1) Plaintiff's Motion for Summary Judgment (Dkt. 25) is **GRANTED.**

(2) The Clerk is directed to enter final summary judgment in favor of Plaintiff and against Defendant in the amount of $134,598.72, exclusive of interest and attorney's fees.

(3) The Clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, on November 19, 2007.

       s/*Richard A. Lazzara*
       **RICHARD A. LAZZARA**
       **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record